# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 149 MAL 2016

            Respondent              :   Petition for Allowance of Appeal from
                                            :   the Order of the Superior Court

                v.                      :

LUIS ALBERTO CASTRO,               :

            Petitioner                :

## ORDER

**PER CURIAM**

       **AND NOW**, this 18th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.